JEREMIAH CALLAGHAN, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY et al., Appellants.

(Argued March 9, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made September 29, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Louis Marshall* for appellants.

*M. E. Driscoll* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.

---

CHARLES E. HUME, Respondent, *v.* THE GEORGE C. FLINT COMPANY, Appellant.

(Argued March 10, 1892; decided March 25, 1892.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made March 6, 1890, which affirmed a judgment in favor of plaintiff, entered upon a verdict and also affirmed an order denying a motion for a new trial.

*E. Countryman* for appellant.

*John H. V. Arnold* for respondent.

Agree to affirm; no opinion.

All concur, except HAIGHT, J., not voting.

Judgment affirmed.